| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | RODNEY VILLAZOR  (NYBN 4003596)<br>Assistant United States Attorney |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 6 | Telephone: (510) 637-3680<br>Fax: (510) 637-3724 |
| 7 | E-Mail: rodney.villazor@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  4-13-71112-MAG |
| Plaintiff, | ) ) ) | STIPULATED MOTION AND ORDER (**AS MODIFIED**) CONTINUING ATTORNEY APPOINTMENT HEARING, PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO NOVEMBER 13, 2013 at 9:30 a.m |
| v. | ) ) ) | |
| DANIEL SALAZAR-VALENCIA, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the attorney appointment hearing, arraignment or preliminary hearing date for Defendant Daniel Salazar-Valencia to November 13, 2013 at 9:30 a.m. before the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the current October 29, 2013 preliminary hearing date.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Undersigned defense counsel represents that she has spoken with his client, and that Mr. Salazar-Valencia agrees to the continuance and to time being tolled and waived as requested.

IT IS SO STIPULATED.

DATED: October 23, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
RODNEY C. VILLAZOR
Assistant United States Attorney

_____/s/_____
ELLEN LEONIDA, AFPD
Attorney for Daniel Salazar-Valencia

IT IS SO ORDERED.

DATED:  10/23/2013

GRANTED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge